UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:22CR 00285 KGB |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| LAJORDAAN KESHAWN HILLIARD | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A. On or about April 4, 2022, the defendant,

LAJORDAAN KESHAWN HILLIARD,

had previously and knowingly been convicted of a crime punishable by a term of imprisonment exceeding one year, that is: false imprisonment 1st degree, in Saline County, Arkansas, Circuit Court in Case Number 63CR-19-408-3.

B. On or about April 4, 2022, in the Eastern District of Arkansas, the defendant,

LAJORDAAN KESHAWN HILLIARD,

knowingly possessed, in and affecting commerce, a firearm, that is: a Glock, model 22, .40 caliber pistol, bearing serial number MZW417, in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, LAJORDAAN KESHAWN HILLIARD, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28,

1

United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]